```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────────

RICARDO MORALES,

              Plaintiff,          18cv1573 (JGK)

    - against -                <u>ORDER</u>

CITY OF NEW YORK et al.,

              Defendants.

─────────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    Any dispositive motions should be filed by July 3, 2020. Responses are due July 31, 2020. Replies are due August 10, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **June 5, 2020**            _____/s/ John G. Koeltl_____
                                                **John G. Koeltl**
                                    **United States District Judge**