# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
**RICARDO MORALES,**

                         Plaintiff,                      18 **CIVIL** 1573 (JGK)

              -against-                        **JUDGMENT**

**THE CITY OF NEW YORK, BILL DE BLASIO,
AND LISETTE CAMILLO,**

                        Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 15, 2021, The Court has considered all of the arguments of the parties. To the extent not specifically addressed above, the remaining arguments are either moot or without merit. For the reasons explained above, the defendants' motion for summary judgment is **GRANTED**, and the case is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
           March 16, 2021

                                                                  **RUBY J. KRAJICK**
                                                           _____
                                                                  **Clerk of Court**
                        **BY:**
                                                                  _____
                                                                  **Deputy Clerk**